

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: TERRI FINNEGAN, LEE CHAGRA, JR., AND JOANNA KRANCHER, | § § § | No. 08-14-00162-CV ORIGINAL PROCEEDING ON PETITION FOR WRIT OF |
| RELATORS. |  | MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Relators, Terri Finnegan, Lee Chagra, Jr., and Joanna Krancher, have filed a petition for writ of mandamus against the Honorable Eduardo Gamboa, Judge of the Probate Court No. 2 of El Paso County, Texas, asking that we order him to vacate an order entered on April 16, 2014 denying their motion to compel discovery. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. We conclude that Relators have failed to establish they are entitled to mandamus relief.


August 7, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.